# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kasold, Bruce E. | 2. Court or Organization<br><br>US Ct of Appeals - Vet'ns Clms | 3. Date of Report<br><br>08/08/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Judge, US Court of Appeals | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>625 Indiana Ave. NW, Suite 900<br>Washington, DC 20004-2950 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Volunteer | Board of Directors, Pentagon Federal Credit Union |
| 2. | Trustee | Adam E. Kasold Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 08/08/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pentagon Federal Credit Union (PFCU) | 16-18 January | NYC, NY | PFCU planning conf | Transp, room & board, activities fees |
| 2. | PFCU | 2-9 May | Dublin, Ireland | Defense Credit Union Overseas Conference | Transp, room & board, activiteis fees |
| 3. | PFCU | 18-21 June | Kiawa, SC | PFCU planning conf | Transp, room & board, activities fees |
| 4. | PFCU | 20-22 November | Salamandar, VA | PFCU budget conf | Transp, room & board, activities fees |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 08/08/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Navy Federal Credit Union Account | A | Interest | L | T | | | | | |
| 2. Pentagon Federal Credit Union Account | A | Interest | J | T | | | | | |
| 3. Chevy Chase Bank Account | A | Interest | K | T | | | | | |
| 4. ING Bank | A | Interest | K | T | | | | | |
| 5. Ally Bank | A | Interest | K | T | | | | | |
| 6. MCD Stock | A | Dividend | J | T | | | | | |
| 7. SUBK Stock | | None | K | T | | | | | |
| 8. USAGX Stock | | None | K | T | | | | | |
| 9. D Stock | A | Dividend | J | T | | | | | |
| 10. BLANK----------- | | | | | | | | | |
| 11. Scottrade Cash | A | Interest | J | T | | | | | |
| 12. PWE Stock | A | Dividend | J | T | | | | | |
| 13. AULO Stock | | None | J | T | | | | | |
| 14. COGC Stock | | None | J | T | | | | | |
| 15. FXPT Stock | | None | J | T | | | | | |
| 16. SOIGF Stock | | None | J | T | | | | | |
| 17. SCEY Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SKYC (formerly YCKM Stock) | | None | J | T | | | | | |
| 19. SGLRF (formerly PACE (formerly MDOEF) | A | Dividend | J | T | | | | | |
| 20. MFA Stock | B | Dividend | J | T | | | | | |
| 21. LGCY Stock | A | Distribution | J | T | | | | | |
| 22. CSOL Stock | | None | J | T | | | | | |
| 23. C Stock | A | Dividend | K | T | | | | | |
| 24. HTS Stock | A | Dividend | | | Sold | 05/01/15 | J | A | |
| 25. GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 26. CBMMA Bond (formerly BLXJF) | A | Interest | | | Redeemed | 10/01/15 | J | | |
| 27. BRK/B Stock | | None | J | T | | | | | |
| 28. CHK Stock | A | Dividend | J | T | | | | | |
| 29. BBEP Stock | A | Dividend | J | T | | | | | |
| 30. BAC | A | Dividend | K | T | | | | | |
| 31. MSFT | A | Dividend | K | T | | | | | |
| 32. XLF | A | Dividend | J | T | | | | | |
| 33. BP | B | Dividend | K | T | | | | | |
| 34. NYCB | A | Dividend | | | Buy | 01/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 11/02/15 | J | A | |
| 36.  UCO | | None | J | T | Buy | 03/10/15 | J | | |
| 37. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 38.  GSVC | | None | J | T | Buy | 06/03/15 | J | | |
| 39.  CHKpD | | None | J | T | Buy | 12/30/15 | J | | |
| 40.  BLANK---------- | | | | | | | | | |
| 41.  Schwab Cash | A | Interest | J | T | | | | | |
| 42.  SUBK Stock | A | Dividend | K | T | | | | | |
| 43.  MBVA Stock | | None | J | T | | | | | |
| 44.  MNR Stock (formerly MNRTA) | B | Dividend | K | T | | | | | |
| 45.  FCG Stock | A | Dividend | J | T | | | | | |
| 46.  ENZN Stock | A | Dividend | J | T | | | | | |
| 47.  C Stock | A | Dividend | M | T | | | | | |
| 48.  CHK+D Stock | B | Dividend | J | T | Buy (add'l) | 08/20/15 | J | | |
| 49. | | | J | T | Buy (add'l) | 10/22/15 | J | | |
| 50.  CRHVF Stock (formerly JAARF) Stock | A | Dividend | J | T | | | | | |
| 51.  WSHLY Stock (formerly WH) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LGCY Stock | A | Dividend | J | T | | | | | |
| 53. EVEP Stock | B | Dividend | J | T | | | | | |
| 54. BRKB Stock | | None | J | T | | | | | |
| 55. BX Stock | B | Dividend | K | T | | | | | |
| 56. CPLP Stock | A | Dividend | J | T | | | | | |
| 57. PVR Stock | A | Dividend | J | T | | | | | |
| 58. T Stock | A | Dividend | J | T | | | | | |
| 59. BSX Stock | | None | K | T | | | | | |
| 60. CHK Stock | A | Dividend | J | T | Buy (add'l) | 09/18/15 | J | | |
| 61. CUAEF Stock | A | Dividend | J | T | | | | | |
| 62. FTR Stock | B | Dividend | K | T | | | | | |
| 63. GGLR Stock (formerly GGR) | | None | J | T | | | | | |
| 64. PPRTF Stock | | None | J | T | | | | | |
| 65. SNV Stock | A | Dividend | K | T | | | | | |
| 66. BBEP Stock | A | Dividend | J | T | | | | | |
| 67. RHNO Stock (formerly RNO) | A | Dividend | J | T | | | | | |
| 68. RF Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BAC Stock | A | Dividend | K | T | | | | | |
| 70. BP Stock | A | Dividend | J | T | | | | | |
| 71. RGP Stock | A | Dividend | | | Merged (with line 83) | 05/06/15 | K | | |
| 72. SSE Stock | | None | J | T | | | | | |
| 73. XLF | A | Dividend | J | T | | | | | |
| 74. BCE | A | Dividend | K | T | | | | | |
| 75. T | A | Dividend | K | T | | | | | |
| 76. GSK | A | Dividend | K | T | | | | | |
| 77. BP | A | Dividend | J | T | | | | | |
| 78. NYCB | A | Dividend | | | Buy | 01/09/15 | J | | |
| 79. | | | | | Sold | 11/02/15 | J | A | |
| 80. UCO | | None | J | T | Buy | 03/10/15 | J | | |
| 81. GSVC | | None | J | T | Buy | 06/03/15 | J | | |
| 82. BHP | A | Dividend | J | T | Buy | 08/20/15 | J | | |
| 83. ETP | B | Dividend | K | T | Open | 05/06/15 | K | | |
| 84. PJT | | None | J | T | Spinoff (from line 55) | 10/01/15 | J | | |
| 85. Schwab IRA1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kasold, Bruce E. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. JE Stock (formerly JUSTF) | A | Dividend | J | T | | | | | |
| 87. CSOL Stock | | None | J | T | | | | | |
| 88. PALAF Stock | | None | J | T | | | | | |
| 89. WSHLY Stock (formerly WH) | | None | J | T | | | | | |
| 90. ANH Stock | A | Dividend | J | T | | | | | |
| 91. GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 92. TNK Stock | A | Dividend | J | T | | | | | |
| 93. BANR Stock | A | Dividend | J | T | | | | | |
| 94. SNV Stock | A | Dividend | J | T | | | | | |
| 95. RVRCF Stock | | None | J | T | | | | | |
| 96. PGH Stock | A | Dividend | J | T | | | | | |
| 97. FTR Stock | A | Dividend | J | T | | | | | |
| 98. RYJUX | | None | J | T | | | | | |
| 99. T | A | Dividend | J | T | | | | | |
| 100. BP Stock | A | Dividend | J | T | | | | | |
| 101. IOO | A | Dividend | J | T | | | | | |
| 102. NYCB | A | Dividend | | | Buy | 01/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/02/15 | J | A | |
| 104. GSVC | | None | J | T | Buy | 06/03/15 | J | | |
| 105. UCO | | None | J | T | Buy | 03/10/15 | J | | |
| 106. Schwab Ed Acct | | | | | | | | | |
| 107. CSOL Stock | | None | J | T | | | | | |
| 108. BLXJF Bond | A | Interest | | | Redeemed | 10/01/15 | J | A | |
| 109. WH Stock | | None | J | T | | | | | |
| 110. TNK Stock | A | Dividend | J | T | | | | | |
| 111. GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 112. CHK+D | A | Dividend | J | T | Buy (add'l) | 10/22/15 | J | | |
| 113. Schwab Trust | | | | | | | | | |
| 114. BLXJF Bond | A | Interest | | | Redeemed | 10/01/15 | J | | |
| 115. WLCDF Stock | | None | J | T | | | | | |
| 116. CSOL Stock | | None | J | T | | | | | |
| 117. GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 118. BANR Stock | A | Dividend | J | T | | | | | |
| 119. PWE Stock | A | Dividend | | | Sold | 10/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PRE+D Stock | A | Dividend | J | T | | | | | |
| 121. PGH Stock | A | Dividend | | | Sold | 10/22/15 | J | A | |
| 122. IDG Stock | A | Dividend | | | Redeemed | 07/15/15 | J | | |
| 123. BFCF Stock | | None | J | T | | | | | |
| 124. BCE | A | Dividend | | | Sold | 12/30/15 | J | A | |
| 125. T | A | Dividend | K | T | | | | | |
| 126. XLF | A | Dividend | | | Sold | 12/30/15 | J | | |
| 127. CHK+D | A | Dividend | J | T | Buy | 11/20/15 | J | | |
| 128. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 129. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 130. CHK | | None | J | T | Buy | 11/20/15 | J | | |
| 131. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 132. NYCB | A | Dividend | | | Buy | 01/09/15 | J | | |
| 133. | | | | | Sold | 11/02/15 | J | A | |
| 134. UCO | | None | J | T | Buy | 01/09/15 | J | | |
| 135. GSVC | | None | J | T | Buy | 03/12/15 | J | | |
| 136. GSK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Schwab IRA2 | | | | | | | | | |
| 138. CSOL Stock | | None | J | T | | | | | |
| 139. PALAF Stock | | None | J | T | | | | | |
| 140. ANH Stock | A | Dividend | J | T | | | | | |
| 141. NLY Stock | A | Dividend | J | T | | | | | |
| 142. PWE Stock | A | Dividend | J | T | | | | | |
| 143. LGCY Stock | A | Dividend | J | T | | | | | |
| 144. KMI (formerly KMP Stock) | A | Dividend | J | T | | | | | |
| 145. GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 146. TNK Stock | A | Dividend | J | T | | | | | |
| 147. BRKB Stock | | None | J | T | | | | | |
| 148. BX Stock | A | Dividend | K | T | | | | | |
| 149. CHK+D Stock | A | Dividend | J | T | Buy (add'l) | 12/30/15 | J | | |
| 150. SNV Stock | A | Dividend | J | T | | | | | |
| 151. FTR Stock | A | Dividend | J | T | | | | | |
| 152. PGH Stock | A | Dividend | J | T | | | | | |
| 153. LSMTF (formerly PBKEF) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  XLF Stock | A | Dividend | J | T | | | | | |
| 155.  IOO Stock | A | Dividend | J | T | | | | | |
| 156.  NYCB Stock | A | Dividend | | | Buy | 01/09/15 | J | | |
| 157. | | | | | Sold | 11/02/15 | J | A | |
| 158.  GSVC Stock | | None | J | T | Buy | 06/03/15 | J | | |
| 159.  BP Stock | A | Dividend | J | T | | | | | |
| 160.  PNR | A | Dividend | J | T | | | | | |
| 161.  Schwab Joint II | | | | | | | | | |
| 162.  T Stock | B | Dividend | K | T | | | | | |
| 163.  BCE | A | Dividend | K | T | | | | | |
| 164.  GSK | A | Dividend | K | T | | | | | |
| 165.  BP | A | Dividend | J | T | | | | | |
| 166.  CHK | A | Dividend | J | T | Buy | 09/18/15 | J | | |
| 167. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 168.  GSVC | | None | J | T | Buy | 06/03/15 | J | | |
| 169.  Interactive Brokers | | | | | | | | | |
| 170.  BP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. CLNE | | None | J | T | | | | | |
| 172. GGR | | None | J | T | | | | | |
| 173. MPW | A | Dividend | J | T | | | | | |
| 174. RHHBY | A | Dividend | | | Sold | 03/12/15 | J | A | |
| 175. RIG | A | Dividend | | | Sold | 03/12/15 | J | A | |
| 176. SOIGF (X) | | None | J | T | | | | | |
| 177. TNK | A | Dividend | J | T | | | | | |
| 178. NYCB | A | Dividend | | | Buy | 01/14/15 | J | | |
| 179. | | | | | Sold | 11/05/15 | J | A | |
| 180. UCO | | None | J | T | Buy | 03/10/15 | J | | |
| 181. GSVC | | None | J | T | Buy | 06/03/15 | J | | |
| 182. HPQ | | None | | | Buy | 11/13/15 | J | | |
| 183. | | | | | Sold | 11/24/15 | J | A | |
| 184. LIOX | | None | J | T | Buy | 11/13/15 | J | | |
| 185. Fidelity Annuity Mid Cap | | None | K | T | | | | | |
| 186. Fidelity Annuity Financial Service | | None | K | T | | | | | |
| 187. Fidelity Annuity Energy | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Fidelity Annuity Contrafund | | None | K | T | | | | | |
| 189. Fidelity Annuity Real Estate | | None | K | T | | | | | |
| 190. Fidelity Annuity Health Care | | None | K | T | | | | | |
| 191. Fidelity Annuity Industrial | | None | K | T | | | | | |
| 192. Allianz (AGI) Annuity | | None | M | T | | | | | |
| 193. Gatz Properties, LLC (Real estate in Riverhead, NY) | | None | | | Closed | 12/01/15 | J | A | |
| 194. Mort note to Atlantic Beach, LLC, Coconut Gorve, FL | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 08/08/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investments and Trusts:

Line 33: BP was purchased in this account 12/26/14 and accidently not reported. It had value range K and no dividends in 2014.

Line 159: BP was purchased in this account on 12/22/14 and accidently not reported. It had value range J and no dividends in 2014.

Line 160: PNR was purchased in this account on 1/21/14 and accidently not reported. It had value range J and dividend range A in 2014.

lines 162-64: Stocks were purchased in this new account on 12/1/13 and accidently not reported. T and BCE had value range K, while GSK had value range J, and no dividneds in 2013. All had the same value ranges in 2014 and dividend range A in 2014.

Line 170: BP was purchased in this new account on 12/22/14 and accidently not reported. It had value range J and no dividends in 2014.

Discolsure with regard to my 2014 filing: GDP was purchased in this new account on 1/10/13 and accidently not reported. It had a vaule range of J, no dividends, and was sold on 12/26/14 with value range J at a loss.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce E. Kasold**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544